```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 08574
   HUGH D SIMMONS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0832


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/09/2008 and was not confirmed.

     The case was dismissed without confirmation 06/09/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
RESCAP MORTGAGE            NOTICE ONLY    NOT FILED           .00             .00
RESIDENTIAL FUNDING COMP   CURRENT MORTG        .00           .00             .00
DYCK ONEAL INC             CURRENT MORTG        .00           .00             .00
DYCK ONEAL INC             NOTICE ONLY    NOT FILED           .00             .00
RESCAP MORTGAGE            CURRENT MORTG        .00           .00             .00
RESCAP MORTGAGE            CURRENT MORTG        .00           .00             .00
RESCAP MORTGAGE            MORTGAGE ARRE    6400.00           .00             .00
RESIDENTIAL FUNDING COMP   MORTGAGE ARRE   20000.00           .00             .00
LEONARD & GWENDOLYN WILL   NOTICE ONLY    NOT FILED           .00             .00
SHARON MCCLAIN             NOTICE ONLY    NOT FILED           .00             .00
SANDRA SIMMONS             NOTICE ONLY    NOT FILED           .00             .00
SANDRA SIMMONS             NOTICE ONLY    NOT FILED           .00             .00
SANDRA SIMMONS             NOTICE ONLY    NOT FILED           .00             .00
LADERRICK METCALF          NOTICE ONLY    NOT FILED           .00             .00
DYCK ONEAL INC             SECURED NOT I   11381.52           .00             .00
COMMONWEALTH EDISON        UNSECURED        1791.80           .00             .00
RESCAP MORTGAGE            SECURED NOT I    4715.39           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        3352.28           .00             .00
STARKS & BOYD PC           DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          ---------------   ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08574 HUGH D SIMMONS
```

TOTALS                                               .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE